IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Case No. 3:13-CV-00353-MOC-DCK

| | |
|---|---|
| MARK ALAN ZUBOFF, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING APPLICATION** |
| | ) **FOR ADMISSION TO PRACTICE** |
| UNITEDHEALTH GROUP and | ) *PRO HAC VICE* |
| UNITEDHEALTHCARE INSURANCE COMPANY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by D.J. O'Brien III, concerning Shari Gerson on June 17, 2013. Ms. Gerson seeks to appear as counsel *pro hac vice* for Defendants UnitedHealth Group and UnitedHealthcare Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Ms. Shari Gerson is hereby admitted *pro hac vice* to represent Defendants UnitedHealth Group and UnitedHealthcare Insurance Company.

**SO ORDERED**.

Signed: June 17, 2013

David C. Keesler
United States Magistrate Judge